IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>        Defendants. | Civil Action No. 6:21-cv-00670-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Notice is hereby given of the entry of the undersigned as additional counsel for Defendant Apple Inc. in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

    John M. Desmarais (*pro hac vice filed*)
    Raymond N. Habbaz (*pro hac vice filed*)
    Joze Welsh (*pro hac vice filed*)
    Desmarais LLP
    230 Park Avenue, 26th Floor
    New York, NY 10169
    Tel: (212) 351-3400
    Fax: (212) 351-3401
    Email: JDesmarais@desmaraisllp.com
    Email: rhabbaz@desmaraisllp.com
    Email: jwelsh@desmaraisllp.com

    Ameet A. Modi (*pro hac vice filed*)
    Desmarais LLP
    101 California St.
    San Francisco, CA 94111
    Tel: (415) 573-1905
    Fax: (415) 573-1901
    Email: amodi@desmaraisllp.com

| | |
|---|---|
| Dated: July 16, 2021 | Respectfully submitted, |
| | |
| John M. Desmarais (*pro hac vice filed*)<br>Raymond N. Habbaz (*pro hac vice filed*)<br>Joze Welsh (*pro hac vice filed*)<br>Desmarais LLP<br>230 Park Avenue, 26th Floor<br>New York, NY 10169<br>Tel: (212) 351-3400<br>Fax: (212) 351-3401<br>Email: JDesmarais@desmaraisllp.com<br>Email: rhabbaz@desmaraisllp.com<br>Email: jwelsh@desmaraisllp.com | /s/ J. Stephen Ravel<br>J. Stephen Ravel<br>Texas State Bar No. 16584975<br>Kelly Ransom<br>Texas State Bar No. 24109427<br>KELLY HART & HALLMAN LLP<br>303 Colorado, Suite 2000<br>Austin, Texas 78701<br>Tel: (512) 495-6429<br>Email: steve.ravel@kellyhart.com<br>Email: kelly.ransom@kellyhart.com |
| Ameet A. Modi (*pro hac vice filed*)<br>Desmarais LLP<br>101 California St.<br>San Francisco, CA 94111<br>Tel: (415) 573-1905<br>Fax: (415) 573-1901<br>Email: amodi@desmaraisllp.com | *Attorneys for Defendant Apple, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on July 16, 2021.

/s/ J. Stephen Ravel
J. Stephen Ravel