IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br>     Plaintiff <br><br> v. <br><br>  APPLE INC., <br><br>     Defendant. | CASE NO. 6:21-cv-00670-ADA |
| VOIP-PAL.COM, INC., <br><br> Plaintiff <br><br> v. <br><br> AT&T CORP., AT&T SERVICES, INC.,  and AT&T MOBILITY LLC, <br><br> Defendants | CASE NO. 6:21-cv-00671-ADA |
| VOIP-PAL.COM, INC., <br><br> Plaintiff <br><br> v. <br><br> VERIZON COMMUNICATIONS, INC.; CELLCO PARTNERSHIP dba VERIZON WIRELESS; VERIZON SERVICES, CORP.; and VERIZON BUSINESS NETWORK SERVICES, INC., <br><br> Defendants | CASE NO. 6:21-cv-00672-ADA |

**ORDER**

This Court, after considering the Combined Opposition of Apple, AT&T, and Verizon to

VoIP-Pal's Consolidated Application for Temporary Restraining Order and Motion for

1

Preliminary Injunction, is of the opinion that VoIP-Pal's Consolidated Application for Temporary Restraining Order and Motion for Preliminary Injunction should be denied.

**IT IS ORDERED** that VoIP-Pal's Consolidated Application for Temporary Restraining Order and Motion for Preliminary Injunction is **DENIED**.

**IT IS FURTHER ORDERED** that the above-entitled and numbered cases are stayed until the Northern District of California enters an order on the pending motions to relate and determines whether to maintain jurisdiction in each of the following cases:

- *Apple Inc. v. VoIP-Pal.com, Inc.* (3:21-cv-05110)
- *AT&T Corp., AT&T Services, Inc., and AT&T Mobility LLC v. VoIP-Pal.com, Inc.* (3:21-cv-05078)
- *Cellco Partnership d/b/a Verizon Wireless, Verizon Services Corp., and Verizon Business Network Services LLC v. VoIP-Pal.com, Inc.* (5:21-cv-05275)

**SIGNED** THIS \_\_\_\_\_ day of _____, 2021.

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE