# EXHIBIT 28

Lewis E. Hudnell, III (CASBN 218736)
lewis@hudnelllaw.com
Nicolas S. Gikkas (CASBN 189452)
nick@hudnelllaw.com
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California
Telephone: 650.564.3698
Facsimile: 347.772.3034

Attorneys for Defendant
VoIP-Pal.com, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS et al., <br><br> Plaintiffs, <br><br> v. <br><br> VOIP-PAL.COM, INC., <br><br> Defendant. | Case No. 3:21-cv-5275-JCS <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** <br><br> **(Civil L.R. 6-1(a))** |

STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT
3:21-cv-5275-JCS

     Under Civil L.R. 6-1(a), Defendant VoIP-Pal.com, Inc. submits this Stipulation to Extend Time to Answer or Otherwise Respond to Complaint. Defendant was served on July 13, 2021. Defendant's responsive pleading is due by August 3, 2021. The parties agree to extend the deadline to answer or otherwise respond thirty-five (35) days and that Defendant's responsive pleading shall be due no later than September 7, 2021. The parties enter into this stipulation in the interest of justice and not delay. No previous time modifications have been made to Defendant's time to answer or otherwise respond. The extension will not alter the date of any event or any deadline already fixed by Court Order.

STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT
3:21-cv-5275-JCS

Dated: July 16, 2021 Respectfully submitted,

| | |
|---|---|
| */s/ William A Hector (with permission)* | */s/ Lewis E. Hudnell, III* |
| William A. Hector (SBN 298490) | Lewis E. Hudnell, III (CASBN 218736) |
| VENABLE LLP | lewis@hudnelllaw.com |
| 101 California Street, Suite 3800 | Nicolas S. Gikkas (CASBN 189452) |
| San Francisco, CA 94111 | nick@hudnelllaw.com |
| T: (415) 653-3750 | HUDNELL LAW GROUP P.C. |
| F: (415) 653-3755 | 800 W. El Camino Real Suite 180 |
| wahector@venable.com | Mountain View, California |
| | Telephone: 650.564.3698 |
| Frank C. Cimino, Jr. | Facsimile: 347.772.3034 |
| Megan S. Woodworth | |
| VENABLE LLP | |
| 600 Massachusetts Ave., N.W. | Attorneys for Defendant |
| Washington, D.C. 20001 | VoIP-Pal.com, Inc. |
| T: (202) 344-4000 | |
| F: (202) 344-8300 | |
| fccimino@venable.com | |
| mswoodworth@venable.com | |

Attorneys for Plaintiffs Cellco Partnership
d/b/a Verizon Wireless;
Verizon Services Corp.; and
Verizon Business Network Services LLC

## **ATTESTATION**

Under Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.

*/s/ Lewis E. Hudnell, III*
Lewis E. Hudnell, III