# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., *Plaintiff,* v. APPLE INC., *Defendant.* | Civil Action No.: 6:21-cv-00670-ADA |

### NOTICE REGARDING DEFENDANT'S REQUEST FOR EXTENSION OF DEADLINE TO RESPOND TO THE COMPLAINT

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated August 11, 2021, Apple requests an extension of Apple's deadline to respond to the Complaint as follows:

- Extending Apple's deadline to respond to the complaint from August 30, 2021 through and including September 7, 2021.

Apple conferred with Plaintiff and Plaintiff does not oppose this request for relief.

| | |
|---|---|
| Dated: August 18, 2021 | Respectfully submitted, |
| /s/ Lewis E. Hudnell (with permission) | /s/ J. Stephen Ravel |
| Lewis E. Hudnell , III | J. Stephen Ravel |
| Nicola Spiros Gikkas | Texas State Bar No. 16584975 |
| HUDNELL LAW GROUP P.C. | Kelly Ransom |
| 800 W. El Camino Real, Suite 180 | Texas State Bar No. 24109427 |
| Mountain View, CA 94040 | KELLY HART & HALLMAN LLP |
| Tel: (650) 564-3698 | 303 Colorado, Suite 2000 |
| Fax: (347) 772-3034 | Austin, Texas 78701 |
| lewis@hudnelllaw.com | Tel: (512) 495-6429 |
| nick@hudnellaw.com | steve.ravel@kellyhart.com |
| | kelly.ransom@kellyhart.com |
| | |
| | John M. Desmarais (pro hac vice) |
| ***Attorneys for VOIP-PAL.COM, INC.*** | Raymond N. Habbaz (pro hac vice) |
| | Joze Welsh (pro hac vice) |
| | DESMARAIS LLP |
| | 230 Park Avenue, 26th Floor |
| | New York, NY 10169 |
| | Tel: (212) 351-3400 |
| | Fax: (212) 351-3401 |
| | JDesmarais@desmaraisllp.com |
| | rhabbaz@desmaraisllp.com |
| | jwelsh@desmaraisllp.com |
| | |
| | Ameet A. Modi (pro hac vice) |
| | DESMARAIS LLP |
| | 101 California St. |
| | San Francisco, CA 94111 |
| | Tel: (415) 573-1905 |
| | Fax: (415) 573-1901 |
| | amodi@desmaraisllp.com |
| | |
| | ***Attorneys for Apple Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on August 18, 2021.

                                                      /s/ J. Stephen Ravel
                                                      J. Stephen Ravel