IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-670-ADA |

## CASE READINESS STATUS REPORT

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") and Defendant Apple Inc. ("Apple") provide the following status report in advance of the initial Case Management Conference (CMC).

## FILING AND EXTENSIONS

VoIP-Pal's Complaint was filed on June 25, 2021. There has been one extension for a total of eight (8) days.

## RESPONSE TO THE COMPLAINT

On September 7, 2021, Apple responded to VoIP-Pal's Complaint by filing an Answer. Dkt. 21. Apple did not assert any counterclaims against VoIP-Pal.

## PENDING MOTIONS

There are no pending motions in this case at this time.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following related cases are pending in this Judicial District:

- *VoIP-Pal.com, Inc. v. Facebook, Inc. et al*, No. 21-cv-665-ADA;

- *VoIP-Pal.com, Inc. v. Google, LLC*, No. 21-cv-667-ADA;
- *VoIP-Pal.com, Inc. v. Amazon.con, Inc.*, No. 21-cv-668-ADA;
- *VoIP-Pal.com, Inc. v. AT&T Corp. et al.*, No. 21-cv-671-ADA
- *VoIP-Pal.com, Inc. v. Verizon Communications, Inc. et al.*, No. 21-cv-672-ADA
- *VoIP-Pal.com, Inc. v. T-Mobile USA, Inc. et al.*, No. 21-cv-674-ADA

Apple also notes that the following cases, involving the same patents-in-suit, are currently pending in the Northern District of California:

- *AT&T Corp. et. al. v. VoIP-Pal.com, Inc.*, Case No. 3:21-cv-05078-JD
- *Apple Inc. v. VoIP-Pal.com, Inc.*, Case No. 3:21-cv-05110-JD
- *Cellco Partnership dba Verizon Wireless, et al. v. VoIP-Pal.com, Inc.*, Case No. 5:21-cv-05275-JD

VoIP-Pal has filed a motion to dismiss these actions under the first-to-file rule, for lack of personal jurisdiction, and for improper venue.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known *inter partes* review (IPR), covered business method review (CBM), or other post grant review (PGR) filings concerning the patents-in-suit at this time.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

In its Complaint, VoIP-Pal asserts two (2) patents and a total of two (2) patent claims. VoIP-Pal reserves the right to assert additional or different patent claims in its Preliminary Infringement Contentions.

## APPOINTMENT OF TECHNICAL ADVISOR

VoIP-Pal does not believe a technical advisor will be necessary for this case. Apple does not currently believe that a technical advisor is necessary for this case, but Apple would not oppose the appointment of a technical advisor if the Court believes that an advisor would be helpful.

## MEET AND CONFER STATUS

The parties met and conferred on September 14, 2021.

Apple intends to file a motion to transfer this case to the Northern District of California. Apple additionally intends to file a motion to stay pending resolution of Apple's motion to transfer and resolution of VoIP-Pal's jurisdictional motions to dismiss in the Northern District of California cases identified above.

Dated: September 14, 2021                     Respectfully submitted,

| | |
|---|---|
| */s/Lewis E. Hudnell, III* | *Ameet A. Modi (with permission)* |
| Lewis E. Hudnell, III | J. Steven Ravel |
| lewis@hudnelllaw.com | Texas State Bar No. 16584975 |
| Nicolas S. Gikkas | Kelly Ransom |
| nick@gikkaslaw.com | Texas State Bar No. 24109427 |
| Hudnell Law Group P.C. | KELLY HART & HALLMAN LLP |
| 800 W. El Camino Real Suite 180 | 303 Colorado, Suite 2000 |
| Mountain View, California 94040 | Austin, TX 78701 |
| T: 650.564.3698 | Tel: (512) 4956429 |
| F: 347.772.3034 | steve.ravel@kellyhart.com |
| | kelly.ransom@kellyhart.com |
| **ATTORNEYS FOR PLAINTIFF VOIP-PAL.COM, INC.** | |
| | Ameet A. Modi *(pro hac vice)* |
| | DESMARAIS LLP |
| | 101 California Street |
| | San Francisco, CA 94111 |
| | Tel: (415) 573-1905 |
| | Fax: (415) 573-1901 |
| | amodi@desmaraisllp.com |
| | |
| | John M. Desmarais *(pro hac vice)* |
| | Raymond N. Habbaz *(pro hac vice)* |
| | Joze Welsh *(pro hac vice)* |
| | 230 Park Avenue, 26th Floor |
| | New York, NY 10169 |
| | Tel: (212) 351-3400 |
| | Fax: (212) 351-3401 |
| | jdesmarais@desmaraisllp.com |
| | rhabbaz@desmaraisllp.com |
| | jwelsh@desmaraisllp.com |
| | |
| | **ATTORNEYS FOR DEFENDANT APPLE INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing CASE READINESS STATUS REPORT via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 14th day of September, 2021.

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034