# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK, INC, and<br>WHATSAPP, INC.<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-665-ADA |
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:21-cv-667-ADA |
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMAZON.COM, INC.;<br>AMAZON.COM SERVICES LLC; and<br>AMAZON WEB SERVICES, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-668-ADA |

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:21-cv-670-ADA |
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AT&T CORPORATION.;<br>AT&T SERVICES, INC.; and<br>AT&T MOBILITY LLC.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-671-ADA |
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VERIZON COMMUNICATIONS, INC.;<br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS;<br>VERIZON SERVICES, CORP.; and<br>VERIZON BUSINESS NETWORK SERVICES, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-672-ADA |
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE US, INC.; and<br>T-MOBILE USA, INC.<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-674-ADA |

## NOTICE OF AGREED EXTENSION OF DEADLINE

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") notifies the Court that the Parties have agreed to extend the deadline to provide a case schedule from October 12, 2021 up to and through October 26, 2021.

Dated: October 12, 2021                              Respectfully submitted,

                                        By:   */s/ Lewis E. Hudnell, III*
                                              Lewis E. Hudnell, III
                                              lewis@hudnelllaw.com
                                              Nicolas S. Gikkas
                                              nick@hudnelllaw.com
                                              Hudnell Law Group P.C.
                                              800 W. El Camino Real Suite 180
                                              Mountain View, California 94040
                                              T: 650.564.3698
                                              F: 347.772.3034

                                              **ATTORNEYS FOR PLAINTIFF
                                              VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF AGREED EXTENSION OF DEADLINE via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 12th day of October, 2021.

>    */s/ Lewis E. Hudnell, III*
>    Lewis E. Hudnell, III
>    lewis@hudnelllaw.com
>    Hudnell Law Group P.C.
>    800 W. El Camino Real Suite 180
>    Mountain View, California 94040
>    T: 650.564.3698
>    F: 347.772.3034