IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>    Plaintiff<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | CASE NO. 6:21-cv-00670-ADA |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff VoIP-Pal.com, Inc. and Defendant Apple Inc. stipulate and notify the Court that this action, including all of the claims and affirmative defenses asserted in this action, is dismissed without prejudice. The parties stipulate that all pending requested relief may be denied without prejudice as moot. The parties further stipulate each party is to bear its own fees, expenses, and costs.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this stipulation is signed by all parties, and the dismissal of this action without prejudice is effective without a court order.

| | |
|---|---|
| Dated: October 22, 2021 | Respectfully submitted, |
| | |
| /s/ Ameet A. Modi (with permission) | |
| | |
| John M. Desmarais (*pro hac vice*)<br>Raymond N. Habbaz (*pro hac vice*)<br>Joze Welsh (*pro hac vice*)<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br>Fax: (212) 351-3401<br>jdesmarais@desmaraisllp.com<br>rhabbaz@desmaraisllp.com<br>jwelsh@desmaraisllp.com | J. Stephen Ravel<br>Texas State Bar No. 16584975<br>Kelly Ransom<br>Texas State Bar No. 24109427<br>KELLY HART &HALLMAN LLP<br>303 Colorado, Suite 2000<br>Austin, Texas 78701<br>Tel: (512) 495-6429<br>steve.ravel@kellyhart.com<br>kelly.ransom@kellyhart.com |
| | |
| Ameet A. Modi (*pro hac vice*)<br>DESMARAIS LLP<br>101 California St.<br>San Francisco, CA 94111<br>Tel: (415) 573-1905<br>Fax: (415) 573-1901<br>amodi@desmaraisllp.com | ***ATTORNEYS FOR APPLE INC.*** |
| | |
| Dated: October 22, 2021 | Respectfully submitted, |
| | |
| | /s/ Lewis E. Hudnell, III<br>Lewis E. Hudnell, III<br>lewis@hudnelllaw.com<br>Nicolas S. Gikkas<br>nick@hudnelllaw.com<br>Hudnell Law Group P.C.<br>800 W. El Camino Real Suite 180<br>Mountain View, California 94040<br>Tel: 650.564.3698<br>Fax: 347.772.3034 |
| | |
| | ***ATTORNEYS FOR VOIP-PAL.COM, INC.*** |